0-cr-06162-PAS    Document 9    Entered on FLSD Docket 06/16/2000    Pa

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ASIA NELSON

**WARRANT FOR ARREST**

CASE NUMBER **00-6162**

**CR-ROETTGER**

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ASIA NELSON__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment   | | Information   | | Complaint   | | Order of court   | | Violation Notice   | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title __21__ United States Code, Section(s) __846__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

_(signature)_
Issuing Officer

Bail fixed at $ __Pretrial Detention__

6/15/00 at Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __MAGISTRATE JUDGE__
Name of Judicial Officer

_(signature)_

| **RETURN** |
|---|

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev 12/85) Warrant for Arrest

