UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW
DOB: 09/30/67, BM
JMS/ARREST NO. 500008208

UNITED STATES OF AMERICA

           Plaintiff,

v.

ASIA NELSON,
a/k/a SHAWN NELSON,

           Defendant.

_____/



FILED by ___ D.C.
JUN 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA FT. LAUD.

### PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. An Arraignment is pending in the Court against ASIA NELSON, a/k/a Shawn Nelson a defendant in the above styled case, and it is set for July 13, 2000, at the United States Federal Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

2. ASIA NELSON, a/k/a Shawn Nelson is now confined in the BSO-Conte Facility, Ft. Lauderdale, Florida, telephone (954) 831-5987.

3. It is necessary to have said defendant before this Court for the Arraignment as aforesaid.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said ASIA NELSON, a/k/a Shawn Nelson and have subject before this Court at the time and place above specified, then and there to arraign as aforesaid; hold said defendant until the conclusion of his case, that is until discharged or sentenced; and upon completion of said proceedings to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said ASIA NELSON, a/k/a Shawn Nelson into the custody of any United States Marshal for the aforesaid purpose.

                                  GUY A. LEWIS
                                  UNITED STATES ATTORNEY

By:      *Kathleen Rice*

        KATHLEEN RICE
        ASSISTANT UNITED STATES ATTORNEY

cc:    U.S. ATTORNEY (Rice)