UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW
DOB: 09/30/67, BM
JMS/ARREST NO. 500008208

UNITED STATES OF AMERICA

        Plaintiff,

v.

ASIA NELSON,
a/k/a Shawn Nelson,

        Defendant.
_____/



FILED by _____ D.C.

JUN 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: ANY UNITED STATES MARSHAL, and
     WARDEN, of the BSO-Conte Facility, Ft. Lauderdale, Florida

1.    It appearing from the petition of the United States of America that ASIA NELSON, a/k/a Shawn Nelson, a defendant in the above entitled case, is confined in the BSO-Conte Facility, Ft. Lauderdale, Florida, telephone (954) 831-5987, and that said case is set for an Arraignment at the United States Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida on July 13, 2000, and that it is necessary for the said defendant to be before this Court for the said proceeding;

        **NOW, THEREFORE,** this is to command you, any United States Marshal, that you have the body of the said ASIA NELSON, a/k/a Shawn Nelson, now in custody as aforesaid, under safe and secure conduct, before this Court at 299 East Broward Boulevard, Fort Lauderdale, Florida by or before 9:00 a.m., on July 13, 2000, for Arraignment on the criminal charges pending against

~~subject in this cause, hold said defendant until the conclusion of his case, that is until discharged or~~ sentenced; and upon completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of BSO-Conte Facility, Ft. Lauderdale, Florida to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said ASIA NELSON, a/k/a Shawn Nelson for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 22nd day of June, 2000.

UNITED STATES MAGISTRATE JUDGE
LURANA S. SNOW

cc: U.S. Attorney (Rice)
U.S. Marshal (4 certified copies)
Chief Probation Officer