FILED by D.C.
JUL 13 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55401-004

UNITED STATES OF AMERICA )
          Plaintiff ) Case Number: CR 00-6162-CR-NCR
                     ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
ASIA D. NELSON )
        Defendant

************************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE
************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 7-13-00 am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID COCAINE

(4) U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 9-30-67

(6) Type of Charging Document: (check one)
[X] Indictment  [ ] Complaint  To be filed/Already filed
Case# _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: _____

COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: WHCAP FROM BSO

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: DEA      (11) Phone: _____

(12) Comments: _____