COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Asia Nelson (writ in)#  CASE NO: 00-6162-CR-Roettger
AUSA: Kathleen Rice *present*  ATTNY:
AGENT:  VIOL:
PROCEEDING: Initial Appearance  BOND REC: PTD
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: CJA - V
  FILED by _____ D.C.  Manny Gonzalez
BOND SET @
CO-SIGNATURES:  JUL 1 3 2000
SPECIAL CONDITIONS:  CLERK U.S. DIST. CT.
  S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

△ - advised of charges
△ - sworn to counsel

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: 7-18-00  11:00am  SNOW
PRELIM/ARRAIGN. OR REMOVAL: 7-18-00  11:00am  SNOW
STATUS CONFERENCE:
DATE: 7-13-00  TIME: 11:00am  TAPE # 00-058  PG # 6
  180-510