# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__    483 936

UNITED STATES OF AMERICA

V.

ASIA NELSON

**WARRANT FOR ARREST**

CASE NUMBER: **00-6162**

**CR-ROETTGER**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ASIA NELSON__

Name

MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title __21__ United States Code, Section(s) __846__

RECEIVED 2000 JUN 16 AM 9:18 SOUTHERN DISTRICT OF FLORIDA FT. LAUD. OFFICE UNITED STATES MARSHAL

__Clarence Maddox__
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

*(signature)* Issuing Officer

Bail fixed at $ __Pretrial Detention__

__6/15/00 at Fort Lauderdale, Florida__
Date and Location

by __BARRY S. SELTZER__ __MAGISTRATE JUDGE__ *(signature)*
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at __Detainer pick up from BSO__

JUL 14 AUG 09

| DATE RECEIVED 6/16/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/13/00 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

