## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ASIA NELSON (J)  
CASE NO: 00-6162-CR-ROETTGER  
AUSA: KATHLEEN RICE   *pres*  
ATTY: ~~PBX~~ *pres* - Minny / Gonzalez  
AGENT:  
VIOL:  
PROCEEDING: (PTD) / ARRAIGNMENT  
RECOMMENDED BOND: PTD  
BOND HEARING HELD - (yes) / no  
COUNSEL APPOINTED:  
BOND SET @:  
To be cosigned by:

FILED by D.C. JUL 18 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA./FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Gov't proceeded by proffer  
S/A Tom Harvey - sworn for cross

PTD Ordered

Reading of Indictment Waived  
Not Guilty plea entered  
Jury trial demanded  
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 8-2 | 11 | BSS | |

DATE: 7/18/00   TIME: 11:00   FTL/LSS TAPE # 00 - 038   Begin: 1143   End: 2608

