UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA

vs

ASIA NELSON

ARRAIGNMENT INFORMATION SHEET

        The above named Defendant appeared before Magistrate Judge Lurana S.
Snow on JULY 18, 2000, where the Defendant was arraigned and a plea of NOT
GUILTY was entered.  Defendant and counsel of record will be noticed for
trial by the District Court Judge assigned to this case.  The following
information is current as of this date:

DEFENDANT:                  Address: __CUSTODY_____

                            _____

                            Telephone:_____

DEFENSE COUNSEL:            Name:_____
                            Address: _Manny Gonzalez - CJA_

                            _____

                            Telephone:_____

~~BOND~~ SET/~~CONTINUED~~:   $ _PTD ordered today_____

Bond hearing held:  yes _X___  no____  Bond hearing set for_____

Dated this__18TH___day of __JULY_____,2000.

                            CLARENCE MADDOX
                            COURT ADMINISTRATOR/CLERK OF COURT

                            By:_Jenny Butler_____
                                Deputy Clerk

                                Tape No._00-_C38_____

cc: Copy for Judge
    U. S. Attorney

