COURT MINUTES

DEFT: _Asia Nelson (no deft needed)_       CASE NO: _00-6162-CR-Roettger_

AUSA: _Kathleen Rice / Nicholson_          ATTNY: _Manuel Gonzalez / not present_

AGENT: _____            VIOL: _____

PROCEEDING: _Status Conference_            BOND REC: _____

BOND HEARING HELD – yes/no                 COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.

AUG 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to:

12) _____ Halfway House

_____ Electronic Monitoring

*Discovery out except for 1 portion.*

*8 days to try.*

NEXT COURT APPEARANCE:        DATE:        TIME:        JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: _8-2-00_     TIME: _11:00am_     TAPE # _00-061_     PG #

2822