UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA,

VS.

ASIA NELSON,

    Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on August 2, 2000. At that conference, the parties informed the Court as follows:

1.     The Government informed the Court that it has moved to delay compliance with certain portions of the Standing Discovery Order. The Government is otherwise ready to proceed and anticipates that this matter will require eight (8) days to try.

2.     Defense counsel did not appear at the status conference.

DATED at Fort Lauderdale, Florida this ____ day of August 2000.

BARRY S. SELTZER
United States Magistrate Judge

1


Copies to:

Honorable Norman C. Roettger
United States District Judge

Kathleen Rice, Esquire
Assistant United States Attorney

Manuel Gonzales, Jr., Esquire
782 NW 42nd Avenue, Suite 444
Miami, Florida 33126
Attorney for Defendant