UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA       :

    Plaintiff,
VS.                            : CASE NO.00-6162-CR-ROETTGER/SNOW

ASIA NELSON,

    Defendant.                 :
_____/

## MOTION FOR CONTINUANCE OF TRIAL

COMES NOW, the Defendant, ASIA NELSON, by and through his undersigned counsel, and files this Motion for Continuance of Trial and in support states the following:

1. The Defendant's trial is presently scheduled for the commencing August 23, 2000.

2. Counsel needs additional time to investigate and review all of the discovery. Counsel is in the process of obtaining the discovery materials from Global Financial Press.

3. Undersigned counsel is CJA appointed and the costs of reproducing the discovery materials is in excess of several thousand dollars. Counsel needs time to decipher what discovery pertains to Defendant NELSON and to review it all with Mr. NELSON.

4. Undersigned counsel will not be prepared for the trial period commencing August 23, 2000.

UNITED STATES vs.
ASIA NELSON,
CASE NO. 00-6162-CR-ROETTGER/SNOW

5.  This motion is made in good faith and not for purposes of delay.

6.  That the interest of justice is served by the granting of a continuance to allow counsel for the Defendant reasonable time necessary for effective preparation for trial and thus this outweighs any interest of the public or the Defendant in a speedy trial.

7.  That the period of delay would be excludable time under the Speedy Trial Act. 18 United States Code, Section 3161, (h)(B)(iv).

WHEREFORE, the Defendant moves this Court to grant this motion for continuance.

Respectfully submitted,

MANUEL GONZALEZ, JR., ESQ.
782 N.W. 42 Avenue
Suite 440
Miami, Florida 33126
(305) 567-0100

BY: _____
MANUEL GONZALEZ, JR., ESQ.
FLORIDA BAR NO. 397997

-2-

UNITED STATES OF AMERICA vs.
ASIA NELSON,
CASE NO. 00-6162-CR-ROETTGER/SNOW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail to Kathleen Rice, Assistant United States Attorney, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33394, this 21st of August, 2000.

BY: _____
MANUEL GONZALEZ, JR., ESQ.

-3-