UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6162-CR-ROETTGER |
| ) | |
| VS. ) | |
| ) | |
| ASIA NELSON, ) | THIS VOLUME: |
| ) | PAGES 1 - 28 |
| DEFENDANT. ) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON JULY 18, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    KATHLEEN RICE, A.U.S.A.

FOR THE DEFENDANT:    MANUEL GONZALEZ, JR., ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**