# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

(REV. 10/98)

Trans due 8/24/00

| Field | Value |
|---|---|
| 1. JURISDICTION | 1 ☐ MAGISTRATE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER |
| 2. MAG. DOCKET NO. | |
| VOUCHER NO | FLST2080383 |
| PAID BY | MKC - 8/23/00 |
| 3. DISTRICT DOCKETING NO. | 00-6162-CR-NCR |
| 4. APPEALS DOCKET NO. | |
| 5. FOR (DISTRICT/CIRCUIT) | |
| ACCTG. CLASS. NOS | |
| 6. IN THE CASE OF | United States vs. ASIA NELSON, et al |
| DATE PAID | 8/23/00 AV |
| 7. PERSON REPRESENTED | ASIA NELSON |
| 8. LOCATION/ORGANIZATION CODE | |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
TRIAL (CROSS EXAMINATION)

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
Pretrial Detention Hearing - 7/18/00    Tape 00-38 @ 1143 LSS   MINUTES ATTACHED

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY  [signature]   DATE 7/19/00
ATTORNEY'S TELEPHONE NO. (305) 567-0100

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted

SIGNATURE OF JUDGE OR MAGISTRATE  Lurana S. Snow
DATE 7/24/00

1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

FILED BY ___ D.C.
SEP - 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### 13. SPECIAL AUTHORIZATIONS

A. Apportion ____ % of transcript with ____

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

14. JUDGE'S INITIALS — 14.A, 14.B, 14.C, 14.D

## CLAIM FOR SERVICES

15. COURT REPORTER/TRANSCRIBER STATUS
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

16. FULL NAME OF PAYEE
Carl Schanzleh

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE
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

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)
U. S. Courthouse
299 E. Broward Blvd., 202B
Ft. Lauderdale, Fl. 33301

19. TELEPHONE NO.
AREA CODE (954) NUMBER 769-5488

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1 - 27 | 27 | $3.00 | $ | $ | $81.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

CLAIMANT'S CERTIFICATION [signature]   DATE 8-10-00

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

SIGNATURE OF ATTORNEY/CLERK OF COURT [signature]   DATE 8/11/00

23. TOTAL CLAIMED  $81.00

24. APPROVED FOR PAYMENT   Lurana S. Snow   DATE 8/7/00
SIGNATURE OF PRESIDING JUDICIAL OFFICER

25. AMT. APPROVED  $81.00

129

**ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT**