UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

   Plaintiff,

VS.                           CASE NO. 00-6162-CR-ROETTGER

ASIA NELSON, et.al.

   Defendant.
_____/

**MOTION FOR PRIOR AUTHORIZATION OF COSTS OF COPYING DISCOVERY**

   COMES NOW the Defendant, ASIA NELSON, by and through his undersigned counsel, and files this Motion for Prior Authorization of Costs of Copying Discovery, and states:

   1.   Defendant is indigent for costs and undersigned counsel has been CJA appointed to represent him.

   2.   This case involves a eight (8) defendant Indictment alleging a cocaine distribution conspiracy from in or about December 1996 to in or about September 1999.

   3.   Discovery is voluminous and has been provided to International Legal Imprints, a copying service, located at 150 S.E. 2nd Avenue, Suite 800, Miami, Florida. There are at least eleven (11) boxes of Discovery.

   4.   Undersigned counsel has spoken to Claudia Vergara, International Legal Imprints, and she has informed me that the Discovery materials costs is approximately $6,600.00. The breakdown is as follows:

DISCOVERY MATERIALS

```
1.   480 Audio tapes @ $ 5.00 each     $ 2,400.00
2.   138 Videos      @ $20.00 each     $ 2,760.00
3. 12,000 Copies     @     .12 each    $ 1,440.00
     (approximately)
```

UNITED STATES OF AMERICA v.
ASIA NELSON
CASE NO. 00-6162-CR-ROETTGER

5. Assistant United States Attorney Kathleen Rice has informed counsel that there are no logs, indexes, and/or breakdown of the Discovery materials that can facilitate what evidence and/or Discovery pertains to Defendant ASIA NELSON.

6. The Defendant and undersigned counsel need all of the Discovery in order to properly prepare for trial.

7. Undersigned counsel cannot effectively and adequately represent the Defendant without all of the Discovery materials.

8. This motion is made in good faith.

WHEREFORE, the Defendant, ASIA NELSON, requests that this Court grant this motion.

Respectfully submitted,

MANUEL GONZALEZ, JR., ESQ.
Attorney for Defendant
782 N.W. 42nd Avenue
Suite 440
Miami, Florida 33126
(305) 567-0190

BY: _____
MANUEL GONZALEZ, JR., ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above motion was mailed to Kathleen Rice, Assistant U.S. Attorney, 500 East Broward Blvd., Seventh Floor, Ft. Lauderdale, Florida 33394; Richard Diaz, Esq., 2701 S.W. 3rd

-2-

UNITED STATES OF AMERICA v.
ASIA NELSON
CASE NO. 00-6162-CR-ROETTGER

Avenue, Miami, Florida 33129-2335; Randee Golder, Esq.,
P.O.Box 3756, Boyton Beach, Florida 33424; Patrick Hunt,
Esq., Assistant Federal Public Defender, 101 N.E. 3rd Avenue,
Suite 202, Fort Lauderdale, Florida 33301; Martin A.
Feigenbaum, Esq., Museum Tower - Suite 1565, 150 West Flagler
Street, Miami, Florida 33130; Steven Kassner, Esq., 815 Ponce
De Leon Boulevard, Suite 303, Coral Gables, Florida
33134-3007; Vincent Flynn, Esq., 1221 Brickell Avenue, Suite
602, Miami, Florida 33131-3260; and Michael Entin, Esquire,
One East Broward Boulevard, Suite 1500, Fort Lauderdale,
Florida 33301, this 26th day of September 2000.

BY: _____
MANUEL GONZALEZ, JR., ESQ.
Florida Bar No. 397997

-3-