| | |
|---|---|
| DEFT: Asia Nelson (5)# | CASE NO: 00-6162-CR-Roettger (s) |
| AUSA: Kathleen Rice *present* | ATTNY: Manuel Gonzalez *Cotrone standing in* |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment on SS | BOND REC: |
| BOND HEARING HELD - yes/no  Indictment | COUNSEL APPOINTED: |

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

OCT 2 ...

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
    ____ Electronic Monitoring

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | N/A | | |
| STATUS CONFERENCE: | | | |
| DATE: 10-24-00 | TIME: 11:00am | TAPE # 00-080 | PG # 4 |

1700-1800

147
DM