HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

COURT MINUTES

Case No.: _00- 6162-CR-_____     Date: __1/5/01__

Courtroom Clerk: __Y. Aut__     Court Reporter: __Bruce__

Probation Officer: _____     Interpreter: _____

Plaintiff(s): __U.S.A.__     Counsel: __Brea__

Defendant(s): __D. Smith, et__     Counsel: _____
                    __al__

Reason For Hearing: __Status__

Result of Hearing/Judgment: __6-8 ~~weeks~~ set trial__
__(3 weeks w/ dif case). Aug 27, 2001__
__trial. Set status in 60 days__
__Mar 9, 2001 at 11:00 a.m.__

Misc.: _____

18/00