HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.
1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6162          Date: 9 March 01
Courtroom Clerk: C. Pressman     Court Reporter: J. Reeves
Probation Officer: _____         Interpreter: _____

Plaintiff(s): USA          Counsel: Rice

Defendant(s): Smith, Barry      Counsel: Golder
Smith, Bernard                   Latin
Aiken                            Garcia
Hicks                            
Nelson                           Gonzalez
Walker                           Flynn

Reason For Hearing: Status

Result of Hearing/Judgment: Cont 3 weeks
Set Aug 27, 2001

Misc.: _____