FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6142-CR-NCK    Date: 8/22/01

Courtroom Clerk: P. Hart    Court Reporter: Beener

Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Bice

Defendant(s): H B. Smith, et al    Counsel: all counsel present

Reason For Hearing: _____ Status _____

Result of Hearing/Judgment: Fridays off. request
for disclosure of PSI of witnesses +
de-briefing reports of agents — resolved
by all parties. Mot sever.
Denied. Mot Cont by pre-
trial — Denied.

Misc.: _____