UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW(s)(s)

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
vs.                          )
                             )
ASIA NELSON,                 )
a/k/a "Adrian,               )
          Defendant.         )
_____)

**NIGHT BOX**
**FILED**

AUG 24 2001

CLARENCE MADDOX
CLERK, USDC/SDFL/FT

**INFORMATION AND NOTICE OF**
**GOVERNMENT'S INTENTION TO RELY**
**UPON PRIOR NARCOTICS CONVICTIONS AS**
**GROUNDS FOR INCREASED PUNISHMENT**

The United States of America, pursuant to the provisions of Title 21, United States Code, Section 851, hereby files this Information and Notice to the Court and the defendant that the government will seek enhanced punishment of the defendant, ASIA NELSON, a/k/a "Adrian." The grounds for the proposed enhanced punishment are as follows:

1. The defendant has been charged with conspiracy to possess cocaine, in violation of Title 21, United States Code, Section 846. This charge carries a mandatory minimum period of incarceration of ten years. See Title 21, United States Code, Section 841(b)(1)(A).

2. The applicable penalty provisions cited above provide that where a defendant previously has a prior conviction for a felony



drug offense which has become final, the penalty shall be enhanced to a mandatory term of twenty years' imprisonment, and a statutory maximum term of life imprisonment without release, and a possible fine of up to $8,000,000.

3. The defendant, ASIA NELSON, a/k/a "Adrian," was convicted of a qualifying narcotics offense in the 17th Judicial Circuit Court in and for Broward County, Florida, on or about November 30, 1999, of possession with intent to sell or deliver cannabis, case no. 99-2075CF10A. A certified copy of this conviction has previously been provided to defense counsel.

4. Accordingly, the Government will petition the Court to impose the above enhanced penalty provisions in the prosecution of this action.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE (FBN: 100765)
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Blvd, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255, ext. 3512
Facsimile: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered in open court this 27th day of August, 2001, to: Manuel Gonzalez, Esquire, counsel for defendant, Asia Nelson.

KATHLEEN RICE
ASSISTANT U.S. ATTORNEY