FILED by _____ D.C.

AUG

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCR  Date: 8/29/01
Courtroom Clerk: F. Hart  Court Reporter: Reinke
Probation Officer: _____  Interpreter: _____
Plaintiff(s): USC  Counsel: Byer/Bradlick

Defendant(s): D. Smith, et al  Counsel: all counsel present

Reason For Hearing: Trial

Result of Hearing/Judgment: Trial con'td til 8/30/01

Misc.: _____