HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by ___ D.C.
SEP 5 ...
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6162-CR-NCR  Date: 9/4/01
Courtroom Clerk: F. Hart  Court Reporter: Bowe
Probation Officer: ___  Interpreter: ___

Plaintiff(s): U.S.A.  Counsel: Ryer/Karadbil

Defendant(s): K. Smith, et al  Counsel: All counsel present

Reason For Hearing: Trial

Result of Hearing/Judgment: Cont'd til 9/5/01

Misc.: ___