FILED by _____ D.C.

SEP 5 2...

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCR     Date: 9/5/01

Courtroom Clerk: P. Hart     Court Reporter: Reeves

Probation Officer: _____     Interpreter: _____

Plaintiff(s): U.S.A.     Counsel: Bick

Defendant(s): R. Smith     Counsel: all counsel
et al     present

Reason For Hearing: Trial

Result of Hearing/Judgment: juror # 6 - dismissed
trial cont'd til 9/6/01

Misc.: _____