AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Southern _____ DISTRICT OF __ Florida

USA
v.
Smith et al.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6162

| PRESIDING JUDGE Judge Paettger | PLAINTIFF'S ATTORNEY Rice | DEFENDANT'S ATTORNEY Gonzalez Leslie, Diaz, Katin, Blasin, Flynn |
|---|---|---|
| TRIAL DATE(S) 27 Aug 01 - | COURT REPORTER J. Reeves | COURTROOM DEPUTY C. Pressman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 28 Aug 01 | | | Buckey Clarke |
| 22 | | 28 Aug 01 | X | X | Diagram - warehouse area |
| | 1 | 28 Aug 01 | X | | Clarke Reports Composite (2 Reports) |
| W2 | | 28 Aug 01 | | | Michael Haynes |
| W3 | | 29 Aug 01 | | | Jose Reyes |
| W4 | | 29 Aug 01 | | | Richard Pisanti |
| W5 | | 29 Aug 01 | | | William Bruce |
| W6 | | 29 Aug 01 | | | Sam Jones |
| 23 | | 29 Aug 01 | X | X | Sam Jones Plea Agreement |
| 8 | | 29 Aug 01 | X | X | Tape - Call no. 997    July 21, 1999 |
| 8a | | 30 Aug 01 | X | X | Transcript Call no. 997 |
| 12 | | 29 Aug 01 | X | X | Tape - Call no. 1714    Sept 8, 1999 |
| 12a | | 29 Aug 01 | X | X | Transcript Call no. 1714 |
| 5 | | 30 Aug 01 | X | X | Tape - Call no. 3709    Sept 24, 1999 |
| 5a | | 30 Aug 01 | X | X | Transcript - Call no. 3709 |
| 6 | | 30 Aug 01 | X | X | Tape - Call no. 3710    Sept 24, 1999 |
| 6a | | 30 Aug 01 | X | X | Transcript Call no. 3710 |
| 7 | | 30 Aug 01 | X | X | Tape - Call no. 3739    Sept 24, 1999 |
| 7a | | 30 Aug 01 | X | X | Transcript Call no. 3739 |
| W7 | | 30 Aug 01 | | | Tim Ellis Wimberly |
| 26 | | 30 Aug 01 | X | X | plea agreement - Timothy Wimberly |
| | 2 | 30 Aug 01 | X | | Tim Ellis Letter to AUSA Rice |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

AO 187A (Rev. 7/87) ⊕

**EXHIBIT AND WITNESS LIST — CONTINUATION**

| | USA | | | vs. Smith et al. | CASE NO. 00-6162 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 30 | | 30 Aug 01 | X | X | Nextel phone numbers - Stipulated |
| W 3 | | 30 Aug 01 | | | Roy Collins |
| W-4 | | 4 Sept 01 | | | Leon Labussiere |
| 20 | | 4 Sept 01 | X | X | Chgo Towing records |
| W 10 | | 4 Sept 01 | | | Ancel Pratt |
| 17a | | 4 Sept 01 | X | X | pole camera tape - May 7, 1999 |
| 17b | | 4 Sept 01 | X | X | " " " July 3, 1999 |
| 17c | | 4 Sept 01 | X | X | " " " July 4, 1999 |
| 17d | | 4 Sept 01 | X | X | " " " July 18, 1999 |
| | | 5 Sept 01 | X | | 302 |
| | | 5 Sept 01 | X | | Pratt's divorce papers |
| 7 | | 5 Sept 01 | X | X | pole camera tape Composite |
| W-11 | | 6 Sept 01 | | | Andrew Thompson |
| 18 | | 6 Sept 01 | X | | wiretap orders - warehouse line |
| 1 | | 6 Sept 01 | X | X | Tape - Call no. 2913 |
| 1a | | 6 Sept 01 | X | X | Transcript Call no. 2913 |
| 21 | | 6 Sept 01 | X | X | L + W Trucking, Inc records |
| 9 | | 6 Sept 01 | X | X | Tape - Call no. 1104 |
| 9a | | 6 Sept 01 | X | X | Transcript - Call no. 1104 |
| 11 | | " | X | X | Tape call # 1714 |
| 11A | | " | X | X | Transcript call # 1714 |
| 3 | | 6 Sept 01 | X | X | Tape call no. 4390 |
| 3a | | 6 Sept 01 | X | X | Transcript 4390 |
| 2 | | 6 Sept 01 | X | X | Tape 3275 |
| 2a | | 6 Sept 01 | X | X | Transcript 3275 |
| 4 | | 6 Sept 01 | X | X | Tape 2791 |

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST — CONTINUATION**

USA    vs.    Smith et al.    CASE NO. 00-6162

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 4a |  | 6 Sept 01 | X | X | Transcript 2791 |
| 10 |  | 6 Sept 01 | X | X | Tape 1425 |
| 10a |  | 6 Sept 01 | X | X | Transcript 1425 |
| 17c |  | 6 Sept 01 | X | X | pole camera tape - Sept. 24, 1999 |
| 14 |  | 6 Sept 01 | X | X | Tape 4742 |
| 14a |  | 6 Sept 01 | X | X | Transcript 4742 |
| 13 |  | 10 Sept 01 | X | X | Tape - Call no. 4189 |
| 13a |  | 10 Sept 01 | X | X | Transcript Call no. 4189 |
| 15 |  | 10 Sept 01 | X | X | Tape Call no. 4745 |
| 15a |  | 10 Sept 01 | X | X | Transcript Call no. 4745 |
| 16 |  | 10 Sept 01 | X | X | Tape Call no. 4753 |
| 16a |  | 10 Sept 01 | X | X | Transcript Call no. 4753 |
|  | 2 | 10 Sept 01 | X |  | Magazine |
|  | 3 | 10 Sept 01 | X |  | MIO6 Manual |
|  | WW 1 | 13 Sept 01 | X | 20 Sept 01 | Check $965.00 |
| 31 |  | 13 Sept 01 | X | X | Dept of Highway Record |
|  | WW BS | 13 Sept 01 |  |  | Bernard Smith |
|  | BS 6 | 13 Sept 01 |  |  | 1999 + 2000 Bernard Smith Income Tax |
|  | | 11 Sept 01 | X | X | Vacuum Cleaner |
|  | W3 | 20 Sept 01 |  |  | Patty Walker |
|  | W3 | 20 Sept 01 |  |  | Willie Walker Truck owner |
|  | WW 2 | 20 Sept 01 | X | X | B... records of purchase of Potts bitten |
|  | WW 3 | 11 | X | X | Pictures Truck 55 |
|  | WW 4 | 11 | X | X | Check for paint job |
|  | WW 5 | 20 Sept 01 | X | X | Cash Deposit Slip for $950 |
|  | 6 | 20 Sept 01 | X | X | Checks |

Page 3 of ___ Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST — CONTINUATION**

USA    vs.    Smith et al.    CASE NO. 00-6162

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 7 | 20 Sept 01 | X | X | Composite Checks |
| | 8 | 20 Sept 01 | X | X | Weekly Sheets - Barry Smith |
| | 9 | 20 Sept 01 | X | X | Weekly Sheets - Bernard Smith |
| | 10 | 20 Sept 01 | X | | Check for insurance |
| | 11 | 20 Sept 01 | X | | Invoice for insurance |
| W-4 | | 20 Sept 01 | | | John Miller |
| W-5 | | 20 Sept 01 | | | LaCroix |
| W-6 | | 20 Sept 01 | | | Barry Smith |
| W-7 | | 20 Sept 01 | | | Shirly Pratt |
| W-8 | | 20 Sept 01 | | | Joseph Passatore |
| W-9 | | 21 Sept 01 | | | Patrice Hicks |
| | 1a | 21 Sept 01 | X | X | Income Tax Return 1999 |
| | 1b | 21 Sept 01 | X | X | W-2 |
| | 4 | 21 Sept 01 | X | | Fin Documents for Mercedes |
| | 9 | " | ✓ | ✓ | " |
| W-10 | | " | | | Catherine Money Broward Sheriff |
| W-11 | | " | | | Rolanda Johnson |
| W-12 | | 24 Sept 01 | | | Michael Romeo |
| | 4 | 24 Sept 01 | X | X | Finance Documents for CarCorp - Mercedes |
| W-13 | | 24 Sept 01 | | | Henry |
| | 5 | 24 Sept 01 | X | X | Hicks' BSO Personnel File |
| W-14 | | 24 Sept 01 | | | Richard Lee |
| | 6 | 24 Sept 01 | X | X | Wedding Certificate |
| | 7 | 24 Sept 01 | X | X | Wedding Invitations |
| W-15 | | 24 Sept 01 | | | Raymond J Hicks |
| W-12 | | | | | Victor Hess |

AO 187A (Rev. 7/87) ®    EXHIBIT AND WITNESS LIST — CONTINUATION

| | | | | CASE NO. |
|---|---|---|---|---|
| USA | | vs. Smith et al. | | 00-662 |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 32a | | 25 Sep 01 | X | X | Inv. 5230 |
| 32b | | 25 Sep 01 | X | X | Bill of Lading |
| 32c | | 25 Sep 01 | X | X | Bill of Lading |
| 34 | | 25 Sep 01 | X | X | Tags for Car |
| | A-4 | '' | X | X | judgment Wimberly |
| | A-5 | '' | X | X | judgment Ellis |
| W-12 | | 25 Sep 01 | | | Calvin Shapley Asst W/Cake |
| W-13 | | '' | | | Kathy Money Broward Sheriff |
| 38 | | | X | X | FBIC certificate |
| | | | X | X | pass fail record |
| | | | X | X | Class Sheet |
| W-14 | | 25 Sep 01 | | | Andrew Thompson |
| 36 | | 25 Sep 01 | X | X | Tape |
| 36a | | 25 Sep 01 | X | X | Transcript |
| 35 | | 25 Sep 01 | X | X | Tape |
| 35a | | 25 Sep 01 | X | X | Transcript |
| 37 | | 25 Sep 01 | X | X | Tape |
| 37a | | 25 Sep 01 | X | X | Transcript |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |