UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA

vs

ASIA NELSON

FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**VERDICT**

_____/

We the jury, find the defendant ASIA NELSON,

_____ as to Count 1. If your verdict is for the
Guilty/Not Guilty

defendant please circle "Not Guilty", date, and sign this verdict form.

But if you find the defendant guilty as to Count 1, please indicate the amount of cocaine:

_____ under 500 grams,   _____ 500 grams to 5 kilograms,

_____ excess of 5 kilograms.

as charged in the Superseding Indictment.

SO SAY WE ALL.

Dated this __26TH__ day of _SEPT_, 2001 at Ft. Lauderdale, Florida.

_____
Foreman/Forewoman