UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

_USA_                              Case No. _00-6162-CR-NCR_

vs.

_SMITH ET AL_


SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.


Docket Clerk: _XS_

Docket Numbers _298-302_